**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| AGATA NOWAK | § | Case Number: 16-80633 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __February 17__, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Michael Worwag
2500 E Devon Suite 300
Des Plaines, IL 60018

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

A/R Concepts
18-3 E Dundee Rd Ste 330
Barrington, IL 60010-5275

Abc Credit & Recovery
4716 Main St Ste 4
Lisle, IL 60532-1986

Bernardo Duarte, MD
PO Box 2143
Highland Park, IL 60035-8143

Chase Manhatten Mortgage Corp.
P.O. Box 7892
Phoenix, AZ 85062

Citibank
PO Box 6001
The Lakes, NV 88901-6001

Computer Credit Inc
Claim Dept. 003482
640 West Fourth Street
Winston Salem, NC 27101-2730

Credit Coll
Po Box 9136
Needham, MA 02494-9136

Credit Collection Services
2 Wells Ave
Newton Center, MA 02459-3246

DSG Collect
2250 E Devon Ave Suite 352
Des Plaines, IL 60018-4521

Genpact Services LLC
PO Box 1969
Southgate, MI 48195-0969

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

Malcom S. Gerald & Associates
332 S. Michigan #600
Chicago, IL 60604-4318

Mbb
1460 Renaissance Dr
Park Ridge, IL 60068-1331

Midland Credit Management
PO Box 60578
Los Angeles, CA 90060-0578

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

MiraMed Revenue Group
PO Box 77304
Detroit, MI 48277-0304

Northwest Collector, Inc.
3601 Algonquin Rd.
Suite 232
Rolling Meadows, IL 60008-3143

Northwest Community Hospital
25709 Network Place
Chicago, IL 60673-1257

Northwest Suburban Imaging
Asociates SC
34659 Eagle Way
Chicago, IL 60678-1346

Nw Collector
3601 Algonquin Rd Suite 232
Rolling Meadow, IL 60008-3143

Agata Nowak
615 Claymont Court
Algonquin, IL 60102-3948

Associated Pathology Consultants
Elmhurst
POB 3680
Peoria, IL 61612-3680

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Cardiovascular Assoc
Dept 20 1027
POB 5940
Carol Stream, IL 60197-5940

Christopher Kowalski DDS
566 E Northwest Hwy
Palatine, IL 60074-6355

Elmhurst Anesthesologist
POB 87916
Carol Stream, IL 60188-7916

Elmhurst Memorial Healthcare
POB 4052
Carol Stream, IL 60197-4052

Elmhurst Radiologists SC
POB 1035
Bedford Park, IL 60499-1035

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Mark Dubin MD
POB 5075
Buffalo Grove, IL 60089-5075

Mea-aea LLC
POB 5990 Dept 20-6003
Carol Stream, IL 60197-5990

Medical Business Bureau LLC
POB 1219
Park Ridge, IL 60068-7219

Medical Recovery Specialists Inc
2250 E Devon Ave Ste 352
Des Plaines, IL 60018-4519

Neopath S.C.
520 E 22nd St
Lombard, IL 60148-6110

Oak Brook Centre for Health LTD
POB 11312
Belfast, ME 04915-4004

Oak Brook Surgical Centre Inc
POB 66159
Chicago, IL 60666-0159

Radiology Consultants of Woodsto
9410 Compubill Dr
Orland Park, IL 60462-2627

Revenue Cycle Solutions Inc
POB 361230
Birmingham, AL 35236-1230

SME Pathologists SC
POB 3133
Indianapolis, IN 46206-3133

St Alexius Medical Center
3040 W Salt Creek Lane
Arlington Heights, IL 60005-1069

State Collection Services Inc
POB 53
Geneva, IL 60134-0053

Superior Air Ground Service
POB 1407
Elmhurst, IL 60126-8407

Women First Specialists SC
6121 N Elson Ave
Chicago, IL 60646-4708