# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: NOWAK, AGATA | § | Case No. 16-80633 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $218,000.00                Assets Exempt:  $6,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$818.07            Claims Have Not
                                                   Been Discharged

Total Expenses of Administration:$2,855.28

3) Total gross receipts of $      10,816.99    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      7,143.64   (see **Exhibit 2**), yielded net receipts of  $3,673.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,855.28 | 2,855.28 | 2,855.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 818.07 | 818.07 | 818.07 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,673.35 | $3,673.35 | $3,673.35 |

4) This case was originally filed under Chapter 7 on March 16, 2016. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2018          By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undisclosed note payable | 1221-000 | 10,816.99 |
| **TOTAL GROSS RECEIPTS** | | **$10,816.99** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NOWAK, AGATA | Dividend paid 100.00% on $7,143.64; Claim# SURPLUS; Filed: $7,143.64; Reference: 8200-002 | | 7,143.64 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,143.64** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 918.34 | 918.34 | 918.34 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 134.67 | 134.67 | 134.67 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,567.50 | 1,567.50 | 1,567.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.64 | 4.64 | 4.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.08 | 10.08 | 10.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.26 | 12.26 | 12.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.44 | 11.44 | 11.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.38 | 13.38 | 13.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.38 | 13.38 | 13.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.47 | 13.47 | 13.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.12 | 16.12 | 16.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,855.28 | $2,855.28 | $2,855.28 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MIDLAND FUNDING LLC | 7100-000 | N/A | 528.88 | 528.88 | 528.88 |
| 1I | MIDLAND FUNDING LLC | 7990-000 | N/A | 6.82 | 6.82 | 6.82 |
| 2 | Capital One NA | 7100-000 | N/A | 278.78 | 278.78 | 278.78 |
| 2I | Capital One NA | 7990-000 | N/A | 3.59 | 3.59 | 3.59 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $818.07 | $818.07 | $818.07 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-80633 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** NOWAK, AGATA | **Filed (f) or Converted (c):** 03/16/16 (f) |
| | **§341(a) Meeting Date:** 04/18/16 |
| **Period Ending:** 04/17/18 | **Claims Bar Date:** 07/29/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 615 Claymont Court, Algonquin, IL 60102-0000, Mc | 215,000.00 | Unknown | | 0.00 | FA |
| 2 | Household Goods, Used Furniture and Personal Ele | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Int. in Ins. policies: Term Life Insurance Polic | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Undisclosed note payable  (u) | 0.00 | 12,000.00 | | 10,816.99 | FA |
| **6** | **Totals** (Excluding unknown values) | **$218,000.00** | **$12,000.00** | | **$10,816.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

The only asset the Trustee is administering is an undisclosed note payable whereby the Debtor sold her 1/2 interest in some laundromat to a co-owner and did not disclose the existence of the business nor the account receivable on her bankruptcy petition. The Trustee had the Debtor sign a waiver of her discharge and has made a criminal referral. The Trustee is waiting for about $3,000.00 more in payments (6 months) and will file a Final Report shortly thereafter.

The Trustee has still been collecting the monthly payments on the note payable. According to the Trustee's records there should be about 2 payments left so should of collected this account in full by February 2018 and the final report would be on file by June 30, 2018

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | March 31, 2017 | **Current Projected Date Of Final Report (TFR):** | June 30, 2018 |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-80633 | |
| **Case Name:** NOWAK, AGATA | |
| **Taxpayer ID #:** **-***2217 | |
| **Period Ending:** 04/17/18 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0266 - Checking Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/16 | {6} | JOGA, LLC | mo. pymt on note payable | 1221-000 | 500.00 | | 500.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 490.00 |
| 06/07/16 | {6} | JOGA, LLC | mo. repayment on note payable | 1221-000 | 500.00 | | 990.00 |
| 06/30/16 | {6} | JOGA, LLC | mo. pymt on undisclosed asset | 1221-000 | 500.00 | | 1,490.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,480.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,470.00 |
| 08/05/16 | {6} | JOGA, LLC | mo. pymt on A/R | 1221-000 | 500.00 | | 1,970.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,960.00 |
| 09/19/16 | {6} | JOGA, LLC | mo. pymt. on note | 1221-000 | 500.00 | | 2,460.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,450.00 |
| 10/03/16 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 2,950.00 |
| 10/03/16 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 3,450.00 |
| 10/03/16 | {6} | Joga LLC | Reversed Deposit 100006 1 monthly loan payment | 1221-000 | -500.00 | | 2,950.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,940.00 |
| 11/02/16 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 3,440.00 |
| 11/30/16 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 3,940.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,930.00 |
| 12/27/16 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 4,430.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,420.00 |
| 01/30/17 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 4,920.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,910.00 |
| 02/27/17 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 5,410.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,400.00 |
| 03/27/17 | {6} | Joga LLC | loan payment | 1221-000 | 500.00 | | 5,900.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,890.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,880.00 |
| 05/04/17 | {6} | Joga LLC | loan payment | 1221-000 | 500.00 | | 6,380.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,370.00 |
| 06/01/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-80633, 016018067 | 2300-000 | | 4.64 | 6,365.36 |
| 06/05/17 | {6} | Joga LLA | monthly loan payment | 1221-000 | 500.00 | | 6,865.36 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,855.36 |
| 07/05/17 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 7,355.36 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.08 | 7,345.28 |
| 08/03/17 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 7,845.28 |

Subtotals :  $8,000.00    $154.72

{} Asset reference(s)

Printed: 04/17/2018 08:55 AM    V.13.32

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-80633 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** NOWAK, AGATA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0266 - Checking Account |
| **Taxpayer ID #:** **-***2217 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 04/17/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.26 | 7,833.02 |
| 09/05/17 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 8,333.02 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.44 | 8,321.58 |
| 10/04/17 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 8,821.58 |
| 10/30/17 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 9,321.58 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.38 | 9,308.20 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.38 | 9,294.82 |
| 12/04/17 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 9,794.82 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.47 | 9,781.35 |
| 01/03/18 | {6} | Joga LLC | monthly loan payment | 1221-000 | 500.00 | | 10,281.35 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.12 | 10,265.23 |
| 02/01/18 | {6} | Joga LLC | monthly loan payment | 1221-000 | 316.99 | | 10,582.22 |
| 03/12/18 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $134.67, Trustee<br>Expenses;  Reference: | 2200-000 | | 134.67 | 10,447.55 |
| 03/12/18 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $918.34, Trustee<br>Compensation;  Reference: | 2100-000 | | 918.34 | 9,529.21 |
| 03/12/18 | 104 | Attorney Joseph D Olsen | Dividend paid 100.00% on $1,567.50, Attorney<br>for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,567.50 | 7,961.71 |
| 03/12/18 | 105 | NOWAK, AGATA | Dividend paid 100.00% on $7,143.64; Claim#<br>SURPLUS; Filed: $7,143.64; Reference: | 8200-002 | | 7,143.64 | 818.07 |
| 03/12/18 | 106 | Capital One NA | Combined Check for Claims#2,2I | | | 282.37 | 535.70 |
| | | | Dividend paid 100.00%         278.78<br>on $278.78;  Claim# 2;<br>Filed: $278.78 | 7100-000 | | | 535.70 |
| | | | Dividend paid 100.00%              3.59<br>on $3.59;  Claim# 2I;<br>Filed: $3.59 | 7990-000 | | | 535.70 |
| 03/12/18 | 107 | MIDLAND FUNDING LLC | Combined Check for Claims#1,1I | | | 535.70 | 0.00 |
| | | | Dividend paid 100.00%         528.88<br>on $528.88;  Claim# 1;<br>Filed: $528.88 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%              6.82<br>on $6.82;  Claim# 1I;<br>Filed: $6.82 | 7990-000 | | | 0.00 |

Subtotals :          $2,816.99        $10,662.27

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-80633 | |
| **Case Name:** | NOWAK, AGATA | |
| **Taxpayer ID #:** | **-***2217 | |
| **Period Ending:** | 04/17/18 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0266 - Checking Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,816.99 | 10,816.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,816.99 | 10,816.99 | |
| | | | Less: Payments to Debtors | | | 7,143.64 | |
| | | | **NET Receipts / Disbursements** | | **$10,816.99** | **$3,673.35** | |

| | |
|---|---|
| Net Receipts : | 10,816.99 |
| Less Payments to Debtor : | 7,143.64 |
| Net Estate : | $3,673.35 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0266** | 10,816.99 | 3,673.35 | 0.00 |
| | $10,816.99 | $3,673.35 | $0.00 |